UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER LEA HEAVLIN,

        Petitioner,

v.

        CASE NO. 2:20-CV-11705
        HONORABLE NANCY G. EDMUNDS

JEREMY HOWARD,

        Respondent.
_____/

### **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

        s/ Nancy G. Edmunds
        NANCY G. EDMUNDS
        UNITED STATES DISTRICT JUDGE

Dated: March 20, 2023